UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
JUL 0 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED
7/5/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

James A. Foster

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart
R/Lt. Navarrete
Super-Int Martinez
Sgt. Wolfe
Sgt. Rushing
C/O Rogers
Sgt. Flowers
Keuntae C. Miles
Michael Williams
Devonte Milhouse
Victor A. Trotter
Jeremiah W. Carless

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

17c 4261
Judge Joan B. Gottschall
Magistrate Judge Young B. Kim
PC 3

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

X  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**
   A. Name: James Alexander Foster
   B. List all aliases: Charles James
   C. Prisoner identification number: #N-82454
   D. Place of present confinement: Big Muddy River C.C.
   E. Address: P.O. Box 900 Ina, Ill. 62846

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Sgt. Wolfe
      Title: Guard
      Place of Employment: Cook County Jail
   B. Defendant: Thomas J. Dart
      Title: Warden of Cook County Jail
      Place of Employment: Cook County Jail
   C. Defendant: Lt. Navarrete
      Title: Guard
      Place of Employment: Cook ~~Cook~~ County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendant(s):

D. Defendant: Super.Int Martinez
Title: Building Supervisor
Place of Employment: Cook County Jail

E. Defendant: C/O Rogers
Title: Dormitory Guard
Place of Employment: Cook County Jail

F. Defendant: Sgt. Rushing
Title: Zone Sgt. of Building
Place of Employment: Cook County Jail

G. Defendant: Sgt. Flowers
Title: Zone Sgt. of Building
Place of Employment: Cook County Jail

2-A
2-A

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On this morning of Dec-19th 2016 I arose and looked over my belongings, because the Inmates in our dormitory would steal from each other. I then left for school with only my items. (See Camera Footage) when I Returned from School at 11:45 I took several minutes looking at my Items that had been Stolen from my property bag and because upset. So I stood in the day Room to make a announcement for the Inmates who took all my Items to Return them, Before I could end my talk Inmate Williams Came around to my bunk and attacked me with swinging Fists upon my Face area. upon Recieving this activity the others in the Dorm who sided with Williams helped Jump me and caused Injuries to me. also (See Camera Footage) While being attacked by all these Inmates,

4

Revised 9/2007

Officer C/O Rogers watched the entire Incident without assisting me or even yelling onto the dorm. This Officer just waited and allowed these Inmates to punch, kick, scratch and shoved me in all directions, for approx. 20 min. (See camera Footage) Failing to protect me I then had no other choice at that point but to act out of a Necessity of defense mindset, Where I myself caused the other Inmates to Scatter and disperse From a one-on-one continue Fighting with Williams who kept trying to Fight me (See Camera Footage) At this time only did this Officer come in the doem to try to stop anything going on, I had been assaulted and Robbed violently by these gang members who acted out of a mob action mindset. This Incident Never Involved with any other officers Coming Into the dorm to seperate and dispersing any of the Inmates, by this time everyone of these Inmates had did their part to assist In the mob action Robbery and had Removed themselves without any Officer to Force them to Retreat.

5

Revised 9/2007

Case: 1:17-cv-04261 Document #: 1 Filed: 06/05/17 Page 7 of 15 PageID #:7

On 12- -- Officer Rogers chose to avoid his Security Responsibilities by not correctly Responding to an Incident on Div. 2-Dorm-2-V-house Officer Rogers chose to watch me get pummeled by Multiple Inmates brutally and violently. He stood at the Desk and watched these Inmates perform violations of the Cook County Jail Rules violently against my person, with violent blows and physical attacks upon my facial area and head. I suffered pain and agony in front of this officer as I attempted to Remove myself from the Dorm area as I was being brutally attacked. Officer Rogers did nothing more than Just look upon the Incident with no Reguard for my Safety or Security. This Officer fail to adhere to his Responsibility to protect me from any harm or violence while in custody. This officer sought to avoid performing his official duties in that, this officer Failed to properly follow the procedures associated with protecting every inmate from violence of any harm, nature. This officer did not help me or even call for the tactical Response team for immediate →

assistance, this Officer's action were derelict of any duty to secure and protect me. This Officer waited until I had NO other choice but try to protect myself and try to get out the dorm as quickly as possible, before he thought to React. By this time the other Inmates began to disperse and allow Inmate Williams to continue to violently attack me with his hands and fists.

Petitioner has exhausted the grievance procedures provided by Cook County. (Attached)




**COOK COUNTY SHERIFF'S OFFICE**
**BUREAU OF INFORMATION AND TECHNOLOGY**
**COOK COUNTY OFFENDER MANAGEMENT SYSTEM**
**(CCOMS)**

## INCIDENT REPORT

| DIVISION / UNIT: | | | | LIVING UNIT / LOCATION: | |
|---|---|---|---|---|---|
| DIVISION 2 | | | | DAYROOM | |
| INCIDENT DATE: | | INCIDENT TIME: | | INCIDENT TYPE: | |
| 12/19/2016 | | 12:48 PM | | Inmate Fight | |
| INCIDENT CATEGORIES: | | | | INCIDENT DETAILS: | |
| | | | | ☐ Injuries / Hospitalization   ☐ OPR Notified | |
| | | | | ☐ Restraints / Force Used   ☐ ADO Notified | |
| | | | | ☐ Weapon(s) Involved | |
| | | | | ☐ Arrest(s) Made | |
| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: | | | | |
| Yes | | | | | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT | PERSONNEL INVOLVED | INVOLVEMENT |
|---|---|---|---|---|
| Keuntae C Miles | 625802 | Participant | A ROGERS | Witness |
| Michael Williams | 0232689 | Participant | | |
| Devonte Milhouse | 670382 | Participant | | |
| Victor A Trotter | 696634 | Participant | | |
| JEREMIAH W CARLESS | 729270 | Participant | | |
| James Foster | 0171851 | Victim | | |

### STATEMENT OF FACTS: (NARRATIVE)

ON 19 DEC,2016 AT APPROXIMATELY 1248 HRS R/D ROGERS #16739 ASSIGNED TO DORM 2 V- HOUSE ANSWERED TWO-THREE SECURITY DESK PHONE AND UPON RETURNING TO V- HOUSE DOOR WITNESSED MULTIPLE DETAINEES FIGHTING WITH DETAINEE FOSTER, JAMES #20160421100. R/D CALLED A 10-10 (FIGHT IN PROGRESS) VIA RADIO. AT THIS TIME R/D ENTERED TIER THEN GAVE VERBAL ORDERS TO STOP FIGHTING AND WAS ABLE TO SEPERATE DETAINEES INVOLVED. R/D WAS ABLE TO IDENTIFY DETAINEE WILLIAMS, MICHAEL #20150602045 AS THE INITIAL FIGHTER WITH DETAINEE FOSTER. MULTIPLE DETAINEES IDENTIFIED VIA CAMERA ARE MILES, KEUNTAE #20160610066, TROTTER, VICTOR # #20160425004, DETAINEE CARELESS, JEREMIAH #20150827102 AND DETAINEE MILHOUSE, DEVONTE #20151224046. DETAINEE FOSTER WAS TAKEN OFF TIER AND ESCORTED TO DISPENSARY FOR FURTHER EVALUATION. END OF REPORT

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| | | |
| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |
| | | |

### ADMINISTRATIVE ASSESSMENT:

Run Date: 1/20/2017 2:38 PM                                                                 Page 1 of 2



## COOK COUNTY SHERIFF'S OFFICE
### BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)



### INCIDENT REPORT

R/Lt.Navarrete was advised of above mentioned incident via 10-10 call over the radio. R/Lt. then reviewed Div2 Cam Dorm2 3.004 V-House front 1248 and observed detainee Williams appear to strike detainee Foster on his bunk. Detainee Foster then attempted to exit dorm as detainee Williams was still attempting to strike detainee Foster. Detainee Foster then turned around to defend himself when several detainees began to attack detainee Foster. As Officer Rodgers entered dorm when it appeared detainees all seem to disperse area except detainee Williams who continued to strike detainee Foster in the facial area. All alleged attackers were seen in dorm-2 dispensary and cleared by Nurse Morrison. Alleged attackers were then seen by Dr.Gary and cleared for SMU housing. Detainee Foster was given medical attention by Nurse Morrison and then referred to cermak for further medical attention. Detainee Foster had a cut over the bridge of his nose and a cut over his right eye. Alleged attackers stated that detainee Foster was stealing from them and detainee Foster stated they were stealing from him. Detainees were interviewed by Sgt Wolfe on SD#718. All alleged attackers do not want to press charges and detainee Foster is requesting to press charges. Detainee Foster will be moved out of V-House upon return from cermak.
***********************

R/Lt. was notified by 3-11 shift medical movement officer Melton # 17843 that detainee Foster, James was sent out to Stroger per Dr. Mekhael at 1608 hrs via Superior Ambulance # 58 with paramedics Boyd, Olson, Baskin. Ambulance was escorted by Ex Ops squad car 3231 with officers Abrams # 14985 and Lebloch 14719.
Notifications were made to Exops Lieman 1506 hrs and sup Matinez

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV2-2016-20582 | | |

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)       0171851

☐ GRIEVANCE   ☑ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

CONTROL #: N/A

### INMATE INFORMATION (Información del Preso)

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Foster | James | 20160421100 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** 080 - Failure to Protect

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):** Detainee filed Grievance on 12/23/16, Refer to Control # 2016X11847. Detainee received Response on 12/23/16.

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO:** INMATE SERV ADMIN
**DATE REFERRED:** 1/6/17

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** Same as above

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT.: | DATE: |
|---|---|---|---|
| L. Hampton | Lesti | I.S. | 1/10/17 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV./DEPT.: | DATE: |
|---|---|---|---|
| | | | |

**NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):**
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE (Firma del Preso):** James Foster
**DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida):** 1/12/17

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** ___/___/___

**INMATE'S BASIS FOR AN APPEAL:**

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**   Yes ☐   No ☐

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:**

| ADMINISTRATOR / DESIGNEE: | SIGNATURE: | DATE: |
|---|---|---|
| | | |

**INMATE SIGNATURE (Firma del Preso):** _____
**DATE INMATE RECEIVED APPEAL RESPONSE:** ___/___/___

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

C171851

☑ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

CONTROL #: 2016 X 11847

### INMATE INFORMATION (Información del Preso)

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Foster | James | 20160421100 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 080 - failure to Protect

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): OPR-IS
DATE REFERRED: 12 / 23 / 16

RESPONSE BY PERSONNEL HANDLING REFERRAL: See attachment

PERSONNEL RESPONDING TO GRIEVANCE (Print): JMnell?
SIGNATURE:
DIV. / DEPT.: 1J
DATE: 12 23 16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DIV. / DEPT.:
DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE (Firma del Preso): James Foster
DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 12 / 23 / 16

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud del la apelacion del detenido): ___ / ___ / ___

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion):

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes (Si) ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)):
SIGNATURE (Firma del Administrador o / su Designado(a)):
DATE (Fecha):

INMATE SIGNATURE (Firma del Preso):
DATE INMATE RECEIVED APPEAL RESPONSE: (Fecha en que el Preso recibio respuesta a su apelacion):

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

Inmate Grievance Number: **201611847**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

Date Recieved
2/1/2017

**INMATE COPY**

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to Recieve Compensation for Damages consistant with the Injuries sustained along with the Mental anguish and Intentional Deprivation that led to me being sent to U-house alleged to have been taking property from others as a Retalitory act.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 26 day of May, 20 17

James Foster
(Signature of plaintiff or plaintiffs)

(Print name)
James Alexander Foster
(I.D. Number) #N-82454
Big Muddy River C.C.
P.O. Box 900 Ina, Ill. 62846
(Address)

6

Revised 9/2007

IN THE
United States District
Northern District of Illinois
Eastern Division

James A. Foster
Plaintiff,

v.

Thomas J. Dart
Defendant

) Case No. _____

## PROOF/CERTIFICATE OF SERVICE

TO: Northern District
219 South
Dearborn St.
Chicago, Ill. 60604

TO: Thomas J. Dart
Richard J. Daley ctr.
50 W. Washington
Chicago, Ill. 60602

PLEASE TAKE NOTICE that on 5-26- _____, 2017, I have placed the documents listed below in the institutional mail at Big Muddy Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

_____
_____
_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _____

Subscribed and sworn before me this ___ day of _____, _____

NOTARY PUBLIC

/s/ James Foster
NAME: James Foster
IDOC#: N-82454
Big Muddy Correctional Center
P.O. BOX 251 N. IL Hwy. 37
Ina, IL 62846

Revised Jan 2002

James Porter
251 N. Illinois Hwy. 37
INa, Ill. 62846

$2.45

To: Northern District Clerk
219 South Dearborn St.
Chicago, Ill. 60604

LEGAL MAIL

17c 4261
Judge   Joan B. Gottschall
Magistrate Judge Young B. Kim
PC 3



06/05/2017-111